IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SITNAM SINGH

    Petitioner,                                           No. C 06-07457 JSW

    v.                                                **ORDER TO SHOW CAUSE**

ALBERTO GONZALES, et al.

    Respondents.
_____/

      Petitioner Sitnam Singh has filed a complaint seeking a writ of mandamus under 28 U.S.C. § 1361. The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Respondents shall file responsive papers to the complaint by January 5, 2007. Petitioner may file a reply by January 19, 2007.

      IT IS FURTHER ORDERED that a hearing on the petition will be conducted on February 2, 2007 at 9:00 a.m.

      **IT IS SO ORDERED.**

Dated: December 18, 2006

                                                                        JEFFREY S. WHITE
                                                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California