KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SITNAM SINGH,<br><br>              Plaintiff,<br><br>        v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; COMMISSIONER, Nebraska Service Center, U.S. Citizenship and Immigration Services,<br><br>              Defendants. | No. C 06-7457 JSW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the approval of Plaintiff's adjustment of status application.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C06-7457 JSW

1 | Dated: December 21, 2006                    Respectfully submitted,

2 |                                             KEVIN V. RYAN
                                                United States Attorney
3 |

4 |                                             _____
                                                          /s/
5 |                                             ILA C. DEISS
                                                Assistant United States Attorney
6 |                                             Attorneys for Defendants

7 |

8 |
    Dated: December 21, 2006                    _____
9 |                                                       /s/
                                                AJAI MATHEW
10 |                                            Attorneys for Plaintiff

11 |                                  **ORDER**

12 |      Pursuant to stipulation, IT IS SO ORDERED.

13 |

14 |
    Date:        January 2, 2007              _____
15 |                                          JEFFREY S. WHITE
16 |                                          United States District Judge

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stipulation to Dismiss
C06-7457 JSW                                    2